# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0007. SAINE v. THE STATE.**

Having been read and considered, the appellant's motion to remand the case to the trial court for factual findings and a ruling on the enumeration of error presented in the appellant's second amended motion for new trial is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/14/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*